PROB 12C(E)  
(03/16)

March 1, 2024  
pacts id: 7722231

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Luis David Garcia (English)     **Dkt No.:** 21CR03557-001-BAS

**Reg. No.:** 03611-506

**Name of Sentencing Judicial Officer:** The Honorable Cynthia Ann Bashant, U.S. District Judge

**Original Offense:** 21 U.S.C. §§952 and 960, Importation of Fentanyl, a Class C felony.

**Date of Sentence:** May 16, 2022

**Sentence:** Twenty-four (24) months' custody; followed by three (3) years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** August 14, 2023

**Asst. U.S. Atty.:** Jason Alexander Gorn     **Defense Counsel:** Casey J Donovan, Jr  
(Appointed)  
(619) 696-8989

**Prior Violation History:** None.

## PETITIONING THE COURT

**TO ISSUE A NO-BAIL BENCH WARRANT**

PROB12C(E)

| | |
|---|---|
| Name of Offender: Luis David Garcia | March 1, 2024 |
| Docket No.: 21CR03557-001-BAS | Page 2 |

The U.S. Probation Officer believes that the offender has violated the following condition(s) of supervision:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Mandatory Condition)**<br>Not commit another federal, state, or local crime. | 1. On February 24, 2024, Mr. Luis David Garcia drove a vehicle under the influence of a drug, in violation of California Vehicle Code § 23152(a), as evidenced by the California Highway Patrol Narrative/Supplemental Case No. 2024-00355. |

*Grounds for Revocation:* As to Allegation 1, I have received and reviewed California Highway Patrol (CHP) Narrative/Supplemental Case No. 2024-00355 and learned the following: on February 24, 2024, CHP officers responded to a report of two individuals using drugs in a vehicle located in a Walmart parking lot. Upon arrival, CHP officers observed a silver Nissan Altima with both doors open and the driver, identified as Mr. Luis David Garcia, slumped over the steering wheel. Witness accounts, who were present at the scene, provided CHP with further details. The witness reported observing Mr. Garcia's vehicle stopped in the middle of the roadway with both the driver and passenger unconscious and the vehicle still running. The witness attempted to get the attention of the occupants but received no response. They also noted that Walmart Security attempted to engage with Mr. Garcia, resulting in the vehicle suddenly driving up onto the raised cement center divider and coming to a stop. The witness described Mr. Garcia as appearing dazed and confused, stating, "They were out of it," referring to both Mr. Garcia and the passenger. The witness then took possession of the vehicle's key fob upon observing it still in the drive position while waiting for law enforcement to arrive.

Upon making contact with Mr. Garcia, CHP officers observed physical indicators suggesting impairment, such as droopy eyelids, constricted pupils, and brown staining on his left index finger and forearm, which Mr. Garcia could not explain. Mr. Garcia displayed inability to perform Field Sobriety Tests (FSTs) adequately, including Horizontal Gaze Nystagmus, Modified Romberg, One Leg Stand, and Walk and Turn tests. CHP conducted a Preliminary Alcohol Screening (PAS) test on Mr. Garcia, during which he provided one breath sample to the PAS device. The result of the first breath sample was .000%, indicating the absence of alcohol in his system. Mr. Garcia was arrested for violating Section 23152(a) CVC - Misdemeanor DUI Drug. He was placed in custody, handcuffed, and transported to the San Diego County Chemical Test Room, where blood was drawn for chemical testing. These results remain pending. It is noted he has a next court date of April 9, 2024, at the Superior Court East County Division.

**VIOLATION SENTENCING SUMMARY**

**SUPERVISION ADJUSTMENT**

Mr. Garcia was cited by CHP on February 17, 2024, for driving the wrong way on a divided highway, and reckless driving. These matters remain outstanding.

Regarding the arrest on February 24, 2024, Mr. Garcia was released on bond the same date, and subsequently met with the undersigned officer on February 29, 2024, to address his non-compliance. During this meeting, the undersigned discussed the offender's arrest, and Mr. Garcia denied any illegal drug use. To address the noncompliance and for further monitoring, Mr. Garcia was placed on a sweat patch this date for drug testing. Additionally, the undersigned reprimand Mr. Garcia for his conduct, and his supervised release conditions were reviewed.

Although not alleged above, the undersigned officer received notice on March 1, 2024, that Mr. Garcia was yet again arrested for driving under the influence and was booked into the San Diego County Jail where he remains at this time. He was booked in for the charge of California VC 23152(a), DUI/Alcohol/Drugs. This officer has requested the associated arrest report for this incident, which is pending.

**JUSTIFICATION FOR BENCH WARRANT**

Mr. Garcia is demonstrating significantly concerning violation conduct, which indicates a poor amenability to community supervision. His engagement in two new DUI-related criminal conduct poses an escalated risk to both him and the community. In light of these circumstances, it is respectfully recommended that Your Honor issue a bench warrant to ensure his appearance before the Court to address the allegations and mitigate further potential harm. Furthermore, the undersigned officer's request for a warrant is supported by information in Mr. Garcia's Presentence Report, which illuminates his arrest history. This history includes an incident of unlicensed driving and speeding over 70 miles per hour when he was seventeen years old. These repeated incidents additionally place the motoring public at risk, further justifying the need for immediate intervention.

**RECOMMENDATION**

Mr. Garcia's recent arrest, particularly the operation of a motor vehicle under the influence of an illicit substance, underscores the necessity for the issuance of a warrant to ensure the safety of Mr. Garcia and to mitigate the risk posed to the community at large.

It is noted that the U.S. Probation Officer supervising Mr. Garcia will be amending this petition expeditiously to provide the Court with the Violation Worksheet and information thoroughly covering Mr. Garcia's supervision adjustment, personal history and characteristics, sentencing options, and the sentencing recommendation.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: March 1, 2024**

Respectfully submitted:
JENNIFER K. WALKER
CHIEF PROBATION OFFICER

by
Austin Hunter
U.S. Probation Officer
(619) 557-5832

Reviewed and approved:

Paula D. Burke
Supervisory U.S. Probation Officer

PROB12C(E)

| | |
|---|---|
| Name of Offender: Luis David Garcia | March 1, 2024 |
| Docket No.: 21CR03557-001-BAS | Page 4 |

**THE COURT ORDERS:**

__X__   A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS. THE PETITION AND THE WARRANT WILL BE SEALED UNTIL THE OFFENDER HAS BEEN ARRESTED ON THE WARRANT AND THEN THE PETITION AND WARRANT MAY BE UNSEALED. NOTWITHSTANDING THE SEALING, A COPY OF THE PETITION AND WARRANT WILL BE GIVEN TO THE U.S. MARSHAL FOR USE BY LAW ENFORCEMENT.

(Currently detained at San Diego Central Jail under Booking Number: 24708642 / Registration No. 03611-506)

_____   THE ISSUANCE OF A SUMMONS ORDERING THE OFFENDER TO APPEAR BEFORE THE COURT ON _____, AT _____, TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED.

_____   Other _____

_[signature: Cynthia Bashant]_            3/1/2024
The Honorable Cynthia Ann Bashant       Date
U.S. District Judge                     eh/bmc